IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22-cr-30144-SMY |
| | ) |
| ORLANDO C. STEVENSON, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge**

This matter comes before the Court on Defendant Orlando C. Stevenson's *Pro Se* Motion for Temporary Restraining Order and/or Preliminary Injunction (Doc. 21). Defendant is currently represented by Assistant Federal Public Defender Todd Schultz.

"Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992). Thus, a litigant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*). Accordingly, the Court **DIRECTS** the Clerk of Court to **STRIKE** Stevenson's *pro se* filing (Doc. 21). *See, United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED:** April 17, 2023

**STACI M. YANDLE**
**United States District Judge**